**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:20-cv-24710-MGC**

**AISHIA PETERSEN,**

    Plaintiff,

v.

**ALDI, INC.,**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff, **AISHIA PETERSEN**, by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 30 days.

    Respectfully submitted,

    Dated this 5th day of January 2021.

                                          *s/Acacia Barros*
                                          Attorney for Plaintiff
                                          ACACIA BARROS, P.A.
                                          Acacia Barros, Esq.
                                          FBN: 106277
                                          11120 N. Kendall Dr., Suite 201
                                          Miami, Florida 33176
                                          Tel: 305-639-8381
                                          ab@barroslawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5 day of January 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel Ryan Wilk at ryan.wilk@bipc.com

                                          *s/Acacia Barros*
                                          Attorney for Plaintiff
                                          ACACIA BARROS, P.A.