UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AISHIA PETERSEN,

                Plaintiff,

      - against -                      Case No. 1:20-cv-24710-MGC

ALDI, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff **AISHIA PETERSEN** ("Plaintiff"), and **ALDI, INC.**, ("Defendant" or "Aldi") (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that, based upon the settlement reached by the Parties in the above-captioned action, all claims be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  February 5, 2021.

By: ____s/ Acacia Barros, Esq.____
Acacia Barros, Esq.
Florida Bar No. 106277
E-mail: ab@barroslawfirm.com
ACACIA BARROS, P.A.
11120 N. Kendall Drive, Suite 201
Miami, Florida 33176
Telephone: (305) 639-8381
Facsimile: (786) 364-7327
*Attorney for Plaintiff*

By: *Is/ Jaime S. Tuite*_____

*Pennsylvania Bar No. 87566*
*E-mail: jaime.tuite@bipc.com*
*BUCHANAN INGERSOLL & ROONEY PC*
*Union Trust Building*
*501 Grant Street Suite 200*
*Pittsburgh, PA  15219-4413*
*Telephone: 412-562-8419*
*Fax:  412-562-1041*
*jaime.tuite@bipc.com*

*Attorney for Defendant*